# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| **Lance Richardson Pagan,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17-cv-00144-RJC |
| | ) | 3:13-cr-00258-RJC-8 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2017 Order.

September 1, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court